SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 11 2018

JULIA C. DUDLEY, CLERK
BY /s/ DEPUTY CLERK


IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number: 4:18-cr-00012 |
| ) | |
| DESHAWN ROMEER ANTHONY ) | |
| a/k/a "Shon Don" or "Stunna" ) | |
| ) | |
| DEMETRIUS ALLEN STATEN ) | |
| a/k/a "Truck" ) | |
| ) | |
| TREDARIUS JAMERIQUAN KEENE ) | |
| a/k/a "Bubba" or "Bubs" ) | |
| ) | |
| MONTEZ LAMAR ALLEN ) | |
| a/k/a "Doc Milla" ) | |
| ) | |
| JAVONTAY JACQUIS HOLLAND ) | |
| a/k/a "Tay" or "Reckless" ) | |
| ) | |
| TANASIA LASHAE COLEMAN ) | |
| a/k/a "Nasia" ) | |
| ) | |
| JERMAY SMITH, JR. ) | |
| a/k/a "Little Trill" ) | |
| ) | |
| JALEN CORMARRIUS TERRY ) | |
| a/k/a "Fats" ) | |

### MOTION TO SEAL

COMES NOW the United States by and through its undersigned attorney and moves this Honorable Court to seal the Indictment, and all related documents, in the above captioned case for a period of thirty (30) days or until the defendants are taken into custody, whichever is sooner.

Respectfully submitted,

THOMAS T. CULLEN
UNITED STATES ATTORNEY

_____
Ronald M. Huber (VA Bar No. 31135)
Assistant United States Attorney
Ron.Huber@usdoj.gov

_____
Heather L. Carlton (Va Bar No. 84752)
Assistant United States Attorney
Heather.Carlton@usdoj.gov

June 11, 2018