| | |
|---|---|
| **UNITED STATES:** | **DRA-1** |

**IN THE COURT FOR THE WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Indictment NO. 4:18-cr-00012-MFU-RSB-1 |
| | ) | |
| **DASHAWN R. ANTHONY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## ORDER APPOINTING CO-COUNSEL

ON THIS DAY came the Accused, Dashawn Anthony, and moved the Court to appoint co-counsel in this capital prosecution (DRA – 1). It appearing proper to do so, the Court **GRANTS** the Motion and **APPOINTS** as Co-Counsel:

Elizabeth J. Peiffer
Virginia Bar No.: 71353
Virginia Capital Representation Resource Center
2421 Ivy Road, Suite 301
Charlottesville, Virginia 22903
(434) 817-2970
epeiffer@vcrrc.org

             SO ORDERED.


             _____
             UNITED STATES DISTRICT JUDGE

DATED: _____

UNITED STATES: DRA-1

IN THE COURT FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Indictment NO. 4:18-cr-00012-MFU-RSB-1 |
| | ) |
| DASHAWN R. ANTHONY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## MOTION TO APPOINT CO-COUNSEL IN CAPITAL PROSECUTION

Comes now, the defendant, by counsel, and respectfully moves this Court pursuant to 18 U.S.C. 3005 and *United States v. Boone*, 245 F.3d 352, 358 (4th Cir. 2001), to appoint co-counsel to assist his current counsel in this capital prosecution. In support of this motion, Mr. Anthony states the following:

1. The government has charged Mr. Anthony with multiple violent felony charges, including Murder in Aid of Racketeering pursuant to 18 U.S.C. §1959 (a)(1), which carries a possible death sentence. Mr. Anthony is therefore entitled to the appointment of two defense attorneys.

2. Undersigned counsel requests that the Court appoint Elizabeth Peiffer, an attorney at the Virginia Capital Representation Resource Center (VCRRC) in Charlottesville, Virginia, as co-counsel in this matter. (Contact Information: Elizabeth Peiffer, Virginia Capital Representation Resource Center, 2421 Ivy Road, Suite 301 Charlottesville, VA 22903-4971; (434) 817-2970) (Curriculum Vitae Attached). The VCRRC is a not-for-profit law firm devoted to representation of persons charged with

or convicted of capital crimes, and consulting with and training attorneys handling such cases. Ms. Peiffer has worked with that office since 2010, before which she served at the Central Office of the Virginia Capital Defender in Richmond and the Office of the Georgia Capital Defender. In all three positions, she handled exclusively capital cases. She has represented approximately twenty defendants in capital cases, and consulted with attorneys around the country in others. Ms. Peiffer also has familiarity with the United State District Court for the Western District of Virginia, Roanoke Division, as she clerked for the Court after law school from 2005 to 2007.

3. Counsel has spoken extensively with Ms. Peiffer and the Director of the VCRRC, Robert Lee, about this matter, and they have confirmed that Ms. Peiffer, through the VCRRC, is available to accept appointment.

For the above stated reasons, Mr. Anthony respectfully requests that his motion be granted.

>	Respectfully Submitted
>	Through Counsel
>
>	/s/
>	_____
>	Christopher Leibig, Esq. VA Bar No.: 40594
>	*Counsel for the Defendant,*
>	The Law Office of Christopher Leibig, LLC.
>	114 N. Alfred Street
>	Alexandria, VA 22314
>	(703) 683-4310
>	(703) 684-9700 Fax
>	Chris@Chrisleibiglaw.com

## **CERTIFICATE OF SERVICE**

I, hereby certify, that on the 9th day of July 2018, I electronically delivered a copy of this pleading to the United States Attorney's Office, 255 W Main St, Charlottesville, VA 22902.

          _____/S/_____
Christopher Leibig, Esq. VA Bar No.: 40594
*Counsel for the Defendant,*
The Law Office of Christopher Leibig, LLC.
114 N. Alfred Street
Alexandria, VA 22314
(703) 683-4310
(703) 684-9700 Fax
Chris@Chrisleibiglaw.com