SEALED

AO 442 (Rev. 11/11) Arrest Warrant

1884-0612-1957-J
10345257

2018 JUN 12 A 9:55

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
7/27/18
JULIA C. DUDLEY, CLERK
BY: s/ S. SAKALAS
DEPUTY CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DASHAWN ROMEER ANTHONY (FILED AS A DETAINER WITH LUMBERTON CORRECTIONAL INSTITUTE) | ) ) ) ) | Case No. 4:18CR00012-1 |
| Defendant | | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Dashawn Romeer Anthony ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Racketeering conspiracy, violent crime in aid of racketeering, use of firearm during a violent crime in aid of racketeering

Date: 06/11/2018

*Issuing officer's signature*

City and state: Charlottesville, VA      Hon. Joel C. Hoppe, U. S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 07/25/18 , and the person was arrested on *(date)* 07/25/18
at *(city and state)* NC

Date: 7/27/18

*Arresting officer's signature*
JM Hicks (A)SDUSM
*Printed name and title*