CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 4:18cr00012 |
| v. | ) |
| | ) By: Michael F. Urbanski |
| DASHAWN ROMEER ANTHONY, et al. | ) Chief United States District Judge |

## ORDER

Defendant Jalen Cormarrius Terry moved to dismiss counts three and seven of the Indictment on July 17, 2018 on the grounds that the offenses charged do not categorically qualify as crimes of violence. ECF No. 112. The court ordered the government to respond within fourteen days. ECF No. 115. At the status conference held on August 1, 2018, counsel for several defendants expressed an interest in joining the motion or filing similar motions based on these counts or others. ECF No. 136. The court thereafter stayed the government's deadline to respond in order to more efficiently brief any challenges to the Indictment based on the definition of a crime of violence under 18 U.S.C. § 924(c). ECF No. 137.

Accordingly, defendants are hereby **DIRECTED** to file any motions to dismiss counts three and seven of the Indictment or any other challenges to the Indictment based on the definition of a crime of violence under § 924(c) within **thirty (30) days** of the date of this order. The government is **DIRECTED** to file its response within **thirty (30) days** of the defendants' motions. Defendants may file any replies within **fourteen (14) days** of the government's responsive brief. Should the court deem oral argument necessary, the motions will be heard during the next status conference.

It is **SO ORDERED**.

Entered: 08-01-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge