UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE

UNITED STATES OF AMERICA

v.

DASHAWN ROMEER ANTHONY

ORDER OF DETENTION
PENDING TRIAL

CASE NO.: 4:18-CR-00012

In accordance with the Bail Reform Act, 18 U. S. C. § 3 142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

**FINDINGS OF FACT**

(1) There is probable cause to believe that the defendant has committed an offense:
 (a) for which a maximum term of imprisonment of ten years or more is prescribed in   18:1962-7471.F   .

(2) The defendant has not rebutted the presumption established by finding I that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

**STATEMENT OF REASONS FOR DETENTION**

I find that the credible testimony and information submitted at the hearing establishes that:

The defendant is currently subject to a state detainer and not eligible for release at this time, but reserves the right to request that conditions be established in the future should his circumstances change.

**DIRECTIONS REGARDING DETENTION**

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

The Clerk is directed to send certified copies of this Order to the defendant or counsel for the defendant; to the United States Attorney, Roanoke, VA; and to the United States Marshal, Roanoke, VA.

ENTER: This September 18, 2018

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge