IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18CR00012 |
| | ) | |
| DASHAWN ROMEER ANTHONY, *et al.* | ) | |

## NOTICE OF DEATH PENALTY DETERMINATION

Comes now the United States of America, by its undersigned counsel, and advises that the Attorney General of the United States has authorized and directed the United States Attorney for the Western District of Virginia **NOT** to seek the death penalty against Dashawn Anthony, Demetrius Staten, Tredarius Keene, Montez Allen, Javontay Holland, Tanasia Coleman, and Jermay Smith, Jr.

DATED: November 1, 2018

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

s/Ronald M. Huber
Ronald M. Huber, VSB No. 31135
Heather L. Carlton, VSB No. 84752
Assistant United States Attorneys
United States Attorney's Office
255 West Main Street, Room 130
Charlottesville, VA 22902
Tel: 434.293.4283
Ron.huber@usdoj.gov
Heather.carlton@usdoj.gov

1

## **C E R T I F I C A T E**

I hereby certify that a true and correct copy of the foregoing Notice of Death Penalty Determination has been electronically filed with the Clerk by CM/ECF system which will send notification of such filing to all counsel of record, on this 1st day of November, 2018.

s/Ronald M. Huber
Assistant United States Attorney