CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 14 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:18-cr-00012 |
| v. | ) | |
| | ) | |
| DESHAWN ANTHONY, et al., | ) | By: Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

### ORDER

The court entered an Oral Order on December 4, 2018 as to Defendants Dashawn Romeer Anthony, Tredarius Jameriquan Keene, Montez Lamar Allen, Javontay Jacquis Holland, Jermay Smith, Jr, Jalen Cormarrius Terry, their counsel, and other members of the defense team. The Oral Order prohibited the aforementioned parties from sharing information regarding the identity of witnesses contained in Production 5 with any person outside the defense team, defined to include defendant, defense counsel, investigators, paralegals, and support staff. The Oral Order also stated that until further Order of the court, defense counsel may not leave Production 5 at the local jails.

On December 7, 2018, in response to the government's "Emergency Motion for Discovery Limitations for Witness Safety," ECF No. 267, the court entered an order denying the government's motion, but temporarily extending the December 4, 2018 Oral Order until December 12, 2018. The government had until December 12, 2018 to file an additional motion for a protective order, more narrowly tailored and appropriately supported. No such

motion has been filed by the government. Therefore, pursuant to the court's December 7, 2018 Order, the December 4, 2018 Oral Order is hereby **VACATED**.

It is **SO ORDERED**.

Entered: 12-13-2018

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge