CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 29 2019

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No.: 4:18-cr-00012 |
| v. | ) |
| | ) |
| DASHAWN ROMEER ANTHONY, et al., | ) |
| | ) By: Michael F. Urbanski |
| Defendants. | ) Chief United States District Judge |

## ORDER

The United States has moved that trial in this matter, currently set to be held in Roanoke, be conducted at the Danville courthouse. ECF No. 371. Trial is not set to begin until January 13, 2020. The motion is **TAKEN UNDER ADVISEMENT**.

It is so **ORDERED**.

Entered: 07-29-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge