CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 29 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.: 4:18-cr-00012 |
| v. ) | |
| ) | |
| ) | |
| DASHAWN ROMEER ANTHONY, ) | |
| et al., ) | |
| ) | By: Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

## ORDER

This matter comes before this court on the United States' motion to consolidate hearings that were to be held on June 7, 2019. ECF No. 344. As this issue was dealt with and the hearing in question has passed, this motion is **DENIED as moot**.

It is so **ORDERED**.

Entered: 07-29-2019

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge