IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal Case 4:18-cr-00012 |
| V. | ) | |
| | ) | |
| DASHAWN ANTHONY ET AL | ) | |

## NOTICE OF WITHDRAWAL

Matthew M. Miller, Assistant United States Attorney, for the Western District of Virginia, hereby notes his withdrawal as counsel in this case for the United States of America.

    Respectfully submitted,

    THOMAS T. CULLEN
    United States Attorney

    s/ Matthew M. Miller
    Assistant United States Attorney
    Virginia Bar No. 43034
    United States Attorney's Office
    P.O. Box 1709
    Roanoke, VA 24008
    TEL (540) 857-2250
    FAX (540) 857-2614
    Matthew.Miller2@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, I electronically filed the Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

s/ Matthew M. Miller
Assistant United States Attorney