IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 4:18-cr-00012 |
| | ) | |
| DASHAWN ANTHONY | ) | |
| | ) | |

### UNITED STATES RESPONSE REGARDING SENTENCING HEARING

The United States respectfully responds to the Court's order (ECF No. 587) directing the parties to represent whether the sentencing hearing in this case can proceed by videoconference.

The United States does not object and defers to the defendant. Any witness for the United States can appear by videoconference. Victims have also indicated their willingness to appear and speak by telephone.

        Respectfully submitted,

        THOMAS T. CULLEN
        United States Attorney

        s/Heather L. Carlton
        Ronald M. Huber
        Heather L. Carlton
        Assistant United States Attorneys
        United States Attorney's Office
        255 West Main Street, Room 130
        Charlottesville, VA 22902
        Tel:   434.293.4283
        Ron.huber@usdoj.gov
        Heather.carlton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been electronically filed with the Clerk by CM/ECF system, which will send notification of such filing to all counsel of record, on this 11TH day of May, 2020.

s/Heather L. Carlton