CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 20 2020
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DASHAWN ANTHONY, )<br>         Defendant. ) | Case No. 4:18-cr-00012-1 |

## ORDER

On Motion of the defendant, and for good cause shown because *Defendant's Position on Sentencing Date and Videoconferencing* contains personal psychological information, the Court hereby ORDERS that *Defendant's Position on Sentencing Date and Videoconferencing* be placed under seal until further order of the Court.

It is Ordered this ___18th___ day of May 2020

_____
United States District Judge

Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District of Virginia, ou=United States District Court, email=mikeu@vawd.uscourts.gov, c=US
Date: 2020.05.18 18:45:09 -04'00'